AO 440 (Rev 1/80) Summons in a Civil Action

United States District Court

Southern District of Texas
FILED
JAN 27 2000
Michael N. Milby
Clerk of Court

SOUTHERN DISTRICT OF TEXAS

*Jairer Guerrero*

V.

E.M. Trominski, INS District Director

*Hon. Janet Reno*

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: *CA B-99-198*

TO: (Name and Address of Defendant)

E.M. Trominski
2102 Teege
Harlingen, Texas 78550

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lisa S. Brodyaga, Attorney
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk
CLERK

12-13-99
DATE

*[signature]*
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

CAB-98-198

United States District Court
Southern District of Texas
FILED

JAN 27 2000

Michael N. Milby, Clerk of Court

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 12/14/99 |
| NAME OF SERVER (PRINT) Lisa Brodyaga | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Received for E. M. Trominski by Chris Bernal 12/14/99

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/14/99
            Date                    Signature of Server

Address of Server:
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586
(956)421-3226

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.