AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN — — — **DISTRICT OF** — — — TEXAS

United States District Court
Southern District of Texas
FILED

**JAN 2 7** 2000

Michael N. Milby
Clerk of Court

*Javier Guerrero*

V.

E.M. Trominski, INS District Director
+ Hon Janet Reno

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

CA-B-#99-198

**TO:** (Name and Address of Defendant)

Hon. Janet Reno, United States Attorney General
950 Pennsylvania Ave. N.W., Suite 5111
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

Lisa S. Brodyaga, Attorney
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

**CLERK**

BY DEPUTY CLERK

12-13-99

**DATE**

CAB-98-198

United States District Court
Southern District of Texas
FILED

JAN 27 2000

Michael N. Milby, Clerk of Court

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  12/21/99 |
| NAME OF SERVER (PRINT)  Lisa S. Brodyaga | TITLE  Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served : _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted : _____

☒ Other (specify) : _Certified Mail RRR_ _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/17/00
                    Date                          Signature of Server

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

GRANDE
rk Road
78586
6

3. Article Addressed to:
Hon. Janet Reno DEPARTMENT OF JUSTICE #5111
950 Penn. Ave #5111
Wash. DC 20530-0001

| 4a. Article Number  P318 313 792 |
|---|
| 4b. Service Type |
| ☐ Registered    ☒ Certified |
| ☐ Express Mail    ☐ Insured |
| ☐ Return Receipt for Merchandise   ☐ COD |
| 7. Date of Delivery |

5. Received By: (Print Name)  Elwood C. Atkinson

6. Signature: (Addressee or Agent)
X

8. Addressee's Address (Only if requested and fee is paid)

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

PS Form 3811, December 1994     102595-97-B-0179     Domestic Return Receipt

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.