AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN ———————————— DISTRICT OF ——— TEXAS

United States District Court
Southern District of Texas
FILED

JAN 27 2000

Michael N. Milby
Clerk of Court

*Javier Guerrero*

v.

E.M. Trominski, INS District Director +

*Hon. Janet Reno*

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:  *CA B-99-198*

TO: (Name and Address of Defendant)

United States Attorney
910 Travis, Suite 1500, *P.O. Box 61129*
Houston, Texas ~~77002~~
*77208*

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

Lisa S. Brodyaga, Attorney
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550

*60*

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

*12-13-99*

CLERK

DATE

BY DEPUTY CLERK

ClibPDF - www.fastio.com

CAB-98-198

4

AO 440 (Rev. 1/80) Summons in a Civil Action

United States District Court
Southern District of Texas
FILED
JAN 27 2000
Michael N. Milby, Clerk of Court

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE | 12/21/99 |
|---|---|---|
| NAME OF SERVER (PRINT)  Lisa Brodyaga | TITLE  Attorney | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): _____ Cert. mail RRR _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___1/17/00___          _____
                 Date                          Signature of Server

_____          REFUGIO DEL RIO GRANDE
Address of Server          17891 Landrum Park Road
                           San Benito, Texas 78586

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

| 3. Article Addressed to: US Atty Box 61129 Houston Tx 77208 | 4a. Article Number  P 318 343 791 |
|---|---|
| | 4b. Service Type  ☐ Registered   ☐ Insured  ☒ Certified   ☐ COD  ☐ Express Mail   ☐ Return Receipt for Merchandise |
| | 7. Date of Delivery |
| 5. Signature (Addressee) | 8. Addressee's Address (Only if requested and fee is paid) |
| 6. Signature (Agent) | |

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

PS Form **3811**, December 1991   ☆U.S. GPO: 1993—352-714   **DOMESTIC RETURN RECEIPT**

[1] As to who may serve a summons

ClibPDF - www.fastio.com