

United States District Court
Southern District of Texas
FILED

**MAR 0 7 2000**

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JAVIER GUERRERO-VELASQUEZ ) | |
| ) | |
| v. ) | C.A. No. B-99-198 |
| ) | |
| E.M. TROMINSKI, INS DISTRICT ) | |
|    DIRECTOR ) | |
| _____ ) | |

PETITIONER'S UNOPPOSED MOTION TO HOLD PROCEEDINGS IN ABEYANCE

Comes Javier Guerrero-Velasquez, by and through the undersigned, and files the instant, unopposed, motion to hold the instant case in abeyance, including Petitioner's reply to INS' motion to dismiss, until such time as the Fifth Circuit has adjudicated INS' pending motion to dismiss, for lack of jurisdiction, in the related case, *Guerrero-Velasquez v. Reno*, No. 99-60891. The undersigned has conferred with Cathy Appling, counsel for Respondent, who has stated that she has no opposition to the instant motion.

Respectfully Submitted,

Lisa S. Brodyaga, Attorney at Law
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed, first-class postage prepaid, to Cathy Appling, Attorney, OIL, P.O. Box 878, Ben Franklin Sta., Washington, D.C. 20044, on this 25th day of February, 2000.