9

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JAVIER GUERRERO-VELASQUEZ ) | |
| ) | |
| v.                          ) | C.A. No. B-99-198 |
| ) | |
| E.M. TROMINSKI, INS DISTRICT ) | |
|     DIRECTOR                ) | |

ORDER

On consideration of the unopposed motion of Javier Guerrero-Velasquez, to hold the instant case in abeyance, until such time as the Fifth Circuit has adjudicated Petitioner's Motion to Reinstate Petition For Review in the related case, *Guerrero-Velasquez v. Reno*, No. 99-60891, and good cause appearing therefor:

IT IS HEREBY ORDERED that said motion be, and it hereby is GRANTED.

IT IS FURTHER ORDERED that Petitioner's response to Respondent's motion to dismiss shall be due no later than thirty days after the Fifth Circuit has adjudicated Petitioner's Motion To Reinstate Petition For Review in *Guerrero-Velasquez v. Reno*, No. 99-60891.

DONE at Brownsville, Texas this 13th day of September 2000.

Felix Recio
U.S. Magistrate Judge