✓ 16

**COPY**

UNITED STATES DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JAVIER GUERRERO-VELASQUEZ ) | |
| ) | |
| v. ) | No. 99-198 |
| ) | |
| E.M. TROMISNI, INS ) | |
|     DISTRICT DIRECTOR. ) | |
| _____) | |

### PETITIONER'S MOTION TO DISMISS AS MOOT

Petitioner Javier Guerrero-Velasquez, through the undersigned, respectfully files the instant motion to dismiss the instant petition, on the grounds that the Immigration Judge has signed an Order, vacating the order of removal, and restoring the Petitioner to his prior status, to wit, that of a lawful permanent resident. *See*, Exhibit A, herein incorporated by reference.

Respectfully Submitted,

*/s/ Lisa S. Brodyaga*

Lisa S. Brodyaga
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing, with exhibit, was mailed, first-class postage prepaid, to Cathy Appling, Attorney, OIL, P.O. Box 878, Ben Franklin Sta., Wash., D.C. 20044, on October 18, 2001.

*/s/*

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
201 EAST JACKSON STREET
HARLINGEN, TX 78550

IN THE MATTER OF:                          )
                                           )
JAVIER GUERRERO-VELASQUEZ                  )     CASE NO. A:31-298-097
RESPONDENT                                 )
                                           )
IN REMOVAL PROCEEDINGS                     )

## ORDER

  Respondent's unopposed motion to have the Court reopen the proceedings, sua sponte, and terminate the proceedings in light of the holding in U.S. v. Chapa-Garza (5th Cir. 2001) is hereby GRANTED.

  On November 4, 1999, this Court ordered the Respondent removed from the United States based on a finding that he had been convicted of an aggravated felony. The Court further determined that the Respondent did not qualify for any relief from removal pursuant to the Immigration and Nationality Act.

  In light of the Fifth Circuit Court's decision in U.S. v. Chapa-Garza, 243 F. 3d 921 (5th Cir. 2001), U.S. v. Hernandez - Avalos, 251 F.3d 505 (5th Cir. 2001) and Matter of Olivares, 23 I&N Dec. 148 (BIA 2001), a Texas conviction for felony DWI is not classifiable a crime of violence under 18 USC 16 (b) (1994) for the purposes of removability. Therefore, there being a fundamental change in the interpretation and the application of law, this Court will exercise its discretionary authority and reopen the instant matter sua sponte.

  It is the Order of the Court that the Order of Removal of November 4, 1999, is hereby VACATED.

  It is further the Order of the Court that the Respondent be restored his immigrant status as held before the institution of these removal proceedings.

  It is further the Order of the Court that the Respondent be given all appropriate documentation to give full effect to this Order.

  It is further the Order of the Court that these proceedings be and are hereby TERMINATED.

  Dated this __15th__ day of October, 2001.

_David Ayala_
DAVID AYALA
IMMIGRATION JUDGE