11

UNITED STATES DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

JAVIER GUERRERO-VELASQUEZ )
)
v. ) No. 99-198
)
E.M. TROMISNI, INS )
    DISTRICT DIRECTOR. )
_____)

**ORDER GRANTING PETITIONER'S MOTION TO DISMISS AS MOOT**

Before the Court is the motion of Petitioner Javier Guerrero-Velasquez to dismiss the instant petition, on the grounds that the Immigration Judge has signed an Order, vacating the order of removal, and restoring the Petitioner to his prior status, to wit, that of a lawful permanent resident. Upon consideration of said motion, and good cause appearing therefor, it is hereby

ORDERED that said motion be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the instant petition be dismissed.

DONE at Brownsville, Texas this ____ day of _____, 2001.

_____
JUDGE PRESIDING